IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMI Entertainment Network LLC** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**E La Carte, Inc.** )<br>)<br>*Defendant.* ) | C.A. No. 17-cv-00916-RGA-MPT |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a) and upon the Joint Stipulation of Dismissal filed by plaintiff AMI Entertainment Network LLC ("AMI") and defendant E La Carte, Inc. ("ELC"), the Court ORDERS that AMI's claims in this action are dismissed with prejudice and ELC's counterclaims are dismissed with prejudice, each party bearing its own attorney's fees and costs.

SO ORDERED this the 3 day of August, 2018.

_____
Honorable Richard G. Andrews
United States District Court Judge